**IN THE COURT OF APPEALS OF IOWA**

No. 20-1418
Filed January 21, 2021

**IN THE INTEREST OF H.P. and K.M.,**
**Minor Children,**

**A.M., Mother,**
        Appellant.
_____


        Appeal from the Iowa District Court for Polk County, Romonda Belcher,
District Associate Judge.


        A mother appeals a permanency order establishing a guardianship over her
children.  **AFFIRMED.**


        Michael A. Horn of Horn Law Offices, Des Moines, for appellant mother.

        Thomas J. Miller, Attorney General, and Mary A. Triick, Assistant Attorney
General, for appellee State.

        Erin Mayfield of Youth Law Center, Des Moines, attorney and guardian ad
litem for minor children.


        Considered by Mullins, P.J., Schumacher, J., and Mahan S.J.*

        *Senior judge assigned by order pursuant to Iowa Code section 602.9206
(2021).

**MAHAN, Senior Judge.**

A mother appeals a permanency order establishing a guardianship over her children, born in 2005 and 2008. Her sole argument is that the juvenile court erred in failing to grant her a six-month extension to work toward reunification.

After a permanency hearing, the court may enter an order in accordance with Iowa Code section 232.104(2)(b) (2019), to continue placement of the children for an additional six months if the court finds "the need for removal . . . will no longer exist at the end of the additional six-month period." *See also* Iowa Code § 232.104(2)(d)(1) (allowing for transferring of "guardianship and custody of the child[ren] to a suitable person"). While the mother consistently participated in services aimed at substance abuse, she continued to test positive for illicit substances throughout the proceedings, which is troubling. Given that track record, we are unable to conclude the need for removal would no longer exist after an extension, and we deny the mother's request for an additional six months to work toward reunification.

**AFFIRMED.**